IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SAVANNAH DIV.

2018 MAY 25 PM 4: 38

CLERK
SO. DIST. OF GA.

UNITED STATES OF AMERICA )
)
v. )    CASE NO. CR418-081
)
NOLAN LAVAN BIGGINS, )
)
Defendant. )
)

## O R D E R

Before the Court is Defendant Nolan Lavan Biggins's
Motion to Dismiss. (Doc. 44.) Defendant is represented by
appointed counsel in this case, but filed this motion pro
se. The Motion to Dismiss appears to be based on several
affidavits and notices he previously filed (Doc. 35; Doc.
36; Doc. 37; Doc. 38; Doc. 39; Doc. 40; Doc. 41; Doc. 42;
Doc. 43), which all make reference to the Uniform
Commercial Code and Defendant's purported status as a flesh
and blood human outside of this Court's jurisdiction.
However, Defendant had previously signed a plea agreement
(Doc. 32) and the Court has accepted his guilty plea (Doc.
46). Accordingly, Defendant's Motion to Dismiss (Doc. 44)
is **DISMISSED AS MOOT**.

SO ORDERED this 25ᵗʰ day of May 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA